USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-00283 |
| DEFENDANT | TYPE OF PROCESS |
| JULIE L. SARRO & MICHAEL SARRO AKA MICHAEL SARRO, SR. | HANDBILL |

**SERVE AT**

NAME OF INDIVIDUAL, COMPLANY, DORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JULIE L. SARRO

ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
117 Big Road a/k/a 117 Route 73 Zieglerville, PA 19492

SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW:

KML Law Group, P.C.
701 Market
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service)

Please post premises by 8/13/2017.

Signature of Attorney other Originator requesting service behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 215-627-1322

DATE: 6/7/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin: No. 66
District to Serve: No. 66
Signature of Authorized USMS Deputy or Clerk
Date: 6/7/17

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 6/8/17
Time: 1:00 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| 195.00 | 43.87 | | 238.87 | | 43.87 | $0.00 |

REMARKS:
(1) Posted on 6/8/17

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

(3% on first $1,000.00)



U.S. Department of Justice

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

FEE SCHEDULE WORKSHEET

CASE#: 17-00283   DATE: 6/8/17

TYPE OF PROCESS: Property Post

START TIME: _____ TIME COMPLETED: _____

FOR EACH ITEM SERVED OR ENDEAVORED IN PERSON PER HOUR (OR PORTION THEREOF)

DEPUTY (1) Delora (3) @ $65.00 $195.00

DEPUTY (2) _____ @ $65.00 $ _____

DEPUTY (3) _____ @ $65.00 $ _____

DEPUTY (4) _____ @ $65.00 $ _____

For Each Item Served by Mail _____ @ $8.00 $ _____

Forwarding Fee for Service
(in Other Judicial Districts) _____ @ $8.00 $ _____

Preparing Notice of Sale for advertising,
Bill of Sale, or U.S. Marshals Deed _____ @ $20.00 $ _____

Commission on Sale:
(3% on first $1,000.00)    $ _____
(1.5% on balance)          $ _____

Copies – per page _____ @ $.10 $ _____

Round Trip Mileage _____ 82 @ $.535 $43.87

Parking _____ Tolls _____ Other _____   $ _____

TOTAL   $238.87