

**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

### CIVIL ACTION NO.: 17-00283

I, PATRICK D. ENNIS _____, a Deputy U.S.

Marshal for the Eastern District of Pennsylvania, sold the property located at

117 BIG ROAD AKA 117 ROUTE 73, ZIEGLERVILLE, PA 19492.

The public sale was held on 11/13/17 _____

and the highest bidder was U.S. DEPARTMENT OF AGRICULTURE

who bid the amount of $ 1.00 _____

By: _____

Deputy U.S. Marshal