# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>MICHAEL SARRO A/K/A MICHAEL SARRO, SR.<br>JULIE L. SARRO<br>Defendants | Civil Action No: 17-00283 |

## ORDER

AND NOW, this 27 day of Dec, 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on November 13, 2017 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to United States Department of Agriculture, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of MICHAEL SARRO A/K/A MICHAEL SARRO, SR. and JULIE L. SARRO in and to the premises sold located at 117 Big Road a/k/a 117 Route 73, Zieglerville, PA 19492.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

J.